IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOHAN BOHARA                                          PETITIONER

V.                          CIVIL ACTION NO. 5:26-cv-261-DCB-RPM

RAFAEL VERGARA                                        RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 10], which recommends that Defendant's Motion to Dismiss [ECF No. 9] should be granted and Petitioner Bohara's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. The basis for this recommendation is that Petitioner has been released from ICE custody. The Report was entered on July 14, 2026, and objections were due by July 28, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 9], Petitioner's 28 U.S.C. § 2241 Petition, and Judge Myers's Report [ECF No. 10], finds that Defendant's Motion to Dismiss [ECF No. 9] should be granted and Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] should be dismissed without prejudice as moot. The Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

So ordered and adjudged, this the 29 day of July, 2026.

/s/ David C. Bramlette
UNITED STATES DISTRICT JUDGE

2